# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HENRY NORRIS WILLIAMS AND
BETTY WILLIAMS

NO.   2019 CW 1112

VERSUS

THE DOW CHEMICAL COMPANY, ET
AL

**AUGUST 23, 2019**

---

In Re:   ExxonMobil  Corporation,  applying  for  supervisory
writs,  18th  Judicial  District  Court,  Parish  of
Iberville, No. 74597.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **STAY  DENIED;  WRIT  DENIED.**   The  criteria  set  forth  in
**Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia,
Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT